

## NUMBER 13-14-00041-CV

## COURT OF APPEALS

## THIRTEEN DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

CHARLOTTE COSTLEY,                                                     Appellant,

v.

WINSTAR WORLD CASINO
AND TRIBAL FIRST,                                                      Appellees.

---

**On appeal from the 170th District Court
of McLennan County, Texas.**

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Charlotte Costley, attempted to perfect an appeal from an order entered

by the 170th District Court of McLennan County, Texas, in Cause No. 2013-406-4.[1]

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

Upon review of the documents before the Court, it appeared that there was no final, appealable judgment dated December 30, 2013. On March 5, 2014, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the Court's notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The McLennan County Clerk's Office has informed this Court that no judgment was entered on December 30, 2013. In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the
8th day of May, 2014.

2